# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. FOLEY, et al., <br><br>    Plaintiffs, <br><br>    vs. <br><br>BANK OF AMERICA, N.A., et al,, <br><br>    Defendants. | CASE NO. 1:16-cv-00703-LJO-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (ECF No. 13) |

On February 14, 2017, the parties filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees except as provided for in the settlement agreement. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **February 15, 2017**

_____
UNITED STATES MAGISTRATE JUDGE